FILED
CLERK, U.S. DISTRICT COURT
AUG 14 2014
CENTRAL DISTRICT
BY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.: 14-CR-00445-ODW |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| v. | ) | |
| JAMIE KIM WASHINGTON, | ) ) | |
| Defendant. | ) ) ) | |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if

released under 18 U.S.C. § 3142(b) or (c). This finding is based on: her prior alleged probation violations; her close association with a known fugitive; and the fact that the only bail resources that have been proffered at this time are unsecured;

and

B. (X) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on her criminal history and the alleged violations set forth in the Petition.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: August 14, 2014

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

2